No. 94–5402. WALTERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5405. FORD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–5407. ZIEREIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5408. DUMORNAY v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5409. BROWN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5411. CAMPBELL v. SHEEHAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–5414. SCHULTZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5415. BOYD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 94–5418. HARVEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5420. ARNSTEIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5422. DEMOLFETTO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5424. SMITH v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 94–5425. WALKER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–5426. SHACKELFORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5428. VEGA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5431. TICHIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.